UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
MUND & FESTER GMBH & CO. KG, :
:
               Plaintiff, :
: 21-CV-2765 (JMF)
     -v- :
: ORDER
:
KUEHNE + NAGEL, INC., et al., :
:
               Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff has filed proof of service or a waiver of service as to each of the three Defendants named in this action. Currently, the deadline for Defendant Purfresh to answer or otherwise respond to the Complaint is on June 1, 2021, *see* ECF No. 8; the deadline for Defendant Hapag-Lloyd Aktiengesellschaft to do the same was May 4, 2021, *see* ECF No. 9; and the deadline for Defendant Kuehne + Nagel, Inc. to do the same is June 7, 2021, *see* ECF No. 10. For the sake of efficiency, the Court will *sua sponte* grant an extension to all Defendants (including a *nunc pro tunc* extension as to Defendant Hapag-Lloyd Aktiengesellschaft) such that all Defendants should answer or otherwise respond to the Complaint no later than **June 7, 2021**.

      Plaintiff is directed to provide a copy of this Order to the Defendants who have not yet appeared and to file proof of service **within two business days of the date of this Order.**

      SO ORDERED.

Dated: May 24, 2021
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge