UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MUND & FESTER GMBH & CO. KG,

                 Plaintiff,

       -v-

KUEHNE + NAGEL, INC., et al.,

                 Defendants.
------------------------------------------------------------------X

21-CV-2765 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       On July 6, 2021, Defendants Kuehne + Nagel, Inc. ("K + N") and Purfresh answered Plaintiff's Amended Complaint, *see* ECF Nos. 27 & 30, and K + N answered Defendant Hapag-Lloyd Aktiengesellschaft ("Hapag")'s crossclaim, *see* ECF No. 28. On the same date, K + N filed crossclaims against Hapag and Purfresh, *see* ECF No. 27, and Purfresh filed crossclaims against Hapag and K + N, *see* ECF No. 30.

       Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Hapag, Purfresh, and K + N each must answer or otherwise respond to the pending crossclaims no later than **July 27, 2021**. Additionally, Purfresh has not yet answered or otherwise responded to Hapag's earlier filed crossclaim, ECF No. 21, notwithstanding the fact that the deadline to do so was July 6, 2021, *see* ECF No. 24. The Court will *sua sponte* grant an extension to Purfresh to answer or otherwise respond to Hapag's crossclaim by the same date, *i.e.* **July 27, 2021**.

       Finally, the initial pretrial conference currently scheduled for July 21, 2021, is hereby rescheduled for **August 25, 2021,** at **4:00 p.m.**

       SO ORDERED.

Dated: July 7, 2021
       New York, New York

                                               JESSE M. FURMAN
                                           United States District Judge