```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MUND & FESTER GMBH & CO.,

                                              Plaintiff,

-against-

KUEHNE + NAGEL INC., et al.,

                                             Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

21-CV-2765 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 55). A telephone conference will be held on **Tuesday, October 19, 2021 at 2:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: September 27, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge