```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MUND & FESTER GMBH & CO.,

                          Plaintiff,

    -against-

KUEHNE + NAGEL INC., et al.,

                          Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**21-CV-2765 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Thursday, December 9, 2021 at 10:00 a.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 2, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: October 19, 2021
       New York, New York

                                            *Katharine H. Parker*
                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge